THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis K. Walters,       
Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2004-UP-258
Submitted February 20, 2004  Filed April 19, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for 
 Respondent. 
 
 
 

 PER CURIAM: Travis K. Walters 
 appeals from his guilty pleas to possession with intent to distribute crack 
 cocaine and resisting arrest.  Walters argues his guilty pleas failed to comply 
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  
 His counsel attached to the final brief a petition to be relieved as counsel, 
 stating he had reviewed the record and concluded Walters appeal was without 
 merit.  Walters has not filed a pro se brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., 
 concur.

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.